United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT WHITE,                           No. C 08-5401 WHA (PR)

    Plaintiff,                      **ORDER OF DISMISSAL**

  v.

Deputy HENDERSON, et al.,

    Defendants.
                                      /

      This is a civil rights case filed pro se by a prisoner at the Alameda County Jail. The day the case was filed the clerk notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. The notice was returned as undeliverable on December 19, 2008. Petitioner has not notified the clerk of any change of address.

      More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March __3__, 2009.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\WHITE5401.DSM-MAIL.wpd